AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA O'Malley/Astolfi)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM COIT<br><br>Defendant | )<br>)   Case No. 19-1846<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   WILLIAM COIT
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
See Attachment A

Date: October 21, 2019
      1:00 pm

_[signature] DuaR Stm USMJ_
Issuing officer's signature

City and state:   Philadelphia, Pennsylvania

David R. Strawbridge, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* 10-21-19 , and the person was arrested on *(date)* 11-5-19
at *(city and state)*   PA

Date:   11-5-19

_[signature] 7 BF_
Arresting officer's signature

Printed name and title