IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: **6/26/2020** |
| v. | : | |
| | : | |
| **WILLIAM COIT** | : | Criminal No. 20-198 |
| USM #69947-066 | | |
| FDC Philadelphia | | |

   **TAKE NOTICE** that the above-entitled case has been set for an <u>**ARRAIGNMENT and PLEA HEARING**</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **August 3, 2020 at 2:45 p.m.,** before the Honorable <u>N i t z a I .  Q u i ñ o n e s  A l e j a n d r o</u> , **in Courtroom 6-A, 6th Floor**.

   **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

   If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.  **DEFENSE COUNSEL SHALL INFORM DEFENDANT OF THE DATE AND TIME OF THE SCHEDULED PROCEEDING.**

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM

          Very truly yours,

          <u>/s/</u> R. Burton-Hoop
          Deputy Clerk to Judge Quiñones


          Notice to:
          Defendant
          Lauren A. Wimmer, Esquire
          Salvatore L. Astolfi, AUSA
          U.S. Marshal
          Probation Office
          Pretrial Services
          Crystal Wardlaw