To: your honorable Judge Quiñones Alejandro

Your honor I'm writing this letter for one reason. that's to let you know about who I am as a person and not this monster the district attorney is trying to make me out to be. I wanted to write you a letter just explaining me and my life and how I ended up in this situation coming before you. My full name is William Dennis Coit I was born on (4-27-89) Since I was a small kid I always can remember going to see my (mom and dad) in Prison. the life style they were living has been my mother sold drugs and my father sold drugs from the begining. All I ever knew was to follow in my parents foot steps. I've made a lot of bad decisions in my life and I don't blame them for my mistakes that I've made. I can only blame me. I been thur so much in my life that I tried to commit suicide more then once. When I was about 12 yrs old I just remember that my mother was locked-up for stealing from stores so she can provide for us. My dad was a drug dealer that did federal and state prison time. When I was growing up. Since early teens I basically rasied my self. I got a girl pregnant at 14 yrs old and started selling drugs like I seen every body do in my neighborhood. I use to steal cars as a teenager so I can sleep in them. that's why I have so many stolen car cases. As a teen I basically didn't have no where to live so I would steal cars and sleep in them as shelter. then my daughter was born I was (15 yrs old) I found a abandon house with the power still on in the house I went around the whole neighborhood and found a bed in the trash that someone was throwing away and I carried that bed with 2 of my friends back to the abandon house. from then that was the house I lived at with my daughter's mother (Markesha fairy) I basically made a abandon house my house. then to provide for them I sold drugs. My mom came home from prison and didn't have any where to go or stay so she moved in with

Me in the abandon house. I never had a Positive role model to Come and Show me How to Do things the right way. I Actually Had one Guy Named Mr. Young that was Actually Showing me another way in Life. I Met Mr. Young Being locked-up in (Saint Gabe's hall) he was Like a father I Never had forreal. Not that I didn't have a father. But My father was on Crack and Sold Drugs and was in and out of Prison. So Mr. Young was Some one that Spent Alot of time with me and had real Talks with Me. When I was released from Sait Gabe's he Came to see Me everyday for like a Month and him and his wife Wanted to Get Custody of me and wanted to help me and Give me that Stability that I needed. Mr. Young ended up Dying in the Process of a really Bad Car Crash. I was So heart Broken. BeCause that was the only person that I Looked up Too and after that I Just Shut down and Started Smoking weed, Popping pills and drinking. I felt like I was Going To die in the Streets. So I Just didn't Care any more. I was hanging With older Guys that didn't Care About Me. I Just was Selling Drugs for them. I wanted want they had. the Nice Cars and the name brand Cloths. All the things I Never had. When I was 18 yrs old I Got Locked-up for Selling drugs 3x in A few months And the older guys would tell me to Keep Selling Drugs they Would Get me a Lawyer and Give me money so I won't Go To Jail So I won't have to stop Selling Drugs for them. they would Always Say you are Gonna Be OK you Just turned 18 yrs old they won't Do nothing To you and me not Knowing. anything about the Law. I ended up Getting (11½ To 23 Months) for the drug Cases in front of honorable (Judge Rayford Means) I didn't even know What was Going on. I had a Public Defender that told Me To Pled Guity and Get it over with. So that what I did. I spent 4½ Months in County. and the (Pd) told Me to (Pled Guilty) to the 3 drug Cases ("Rvid's) When I Went home.

I started working for the Moral Arts of Philadelphia and I was doing good. Then I started hanging with same people again I got sent to work release and I was able to go work on my own and I was working doing Building Maintainance then while I was at work one day I got a phone call from my sister saying my uncle (William) the uncle Im named after was dying in the hospital. So I told my boss can I go to the hospital and he said yes. But make sure your back on time I went to the hospital and my family told me that my uncle William passed away. I stood there for about 2 hours then went back to the work release place. I was a hour late and was told I could not go back inside. So I left and went to my grandmom house. My uncle got buried 2 weeks later and I called my lawyer and turned my self in. I was charged with (escape) and sent back to County. I was in County for 3 months before I got a court date. When I went in front of honorable Judge rayford means my lawyer explained the situation and showed that my uncle passed and he give me (11½ to 23 months) time served. When I went home I started hanging again with the same people as before. I made alot of bad choices in my life and as of now I regrets my whole life. I wish I had the people in my life and in my corners to help me do better. I been a big let down to my self and a huge let down to my children. Now I am a 31 yr old man with nothing but regrets and Im about to be a grandfather at the age of 31 yrs old. I let down my kids the same way my parents let me down. I just got my (GED) at the age of 31 yrs old Im tired of being a failure Im tired of seeing my kids cry because I cant be there. I think about them every day and cant help but think is my children gonna follow the same vicious cycle I went thur. I want them to be better then me. I wanna stop that cycle. Since I been here I been studying for my (CDL) and I was

Studying for my (G.E.D) I took the test and passed. I felt so good about getting my (Ged) like I can do anything. I have over 100 hours of taking different groups. I just really wanna better my self this time I wanna be able to show my kids that (Yes) I've made alot of bad decisions. But I'm going make better choices and try to be the best role model I can be I'm going to move out the city to florida so I can get away from people, places, and things. I don't want this life for me or my kids. I'm human and I been nothing but a failure since I was a kid. your honor throwing people away in jail doest help them. it's the person that have to wanna change. I want to change every thing. I'm asking that you give me a chance to make my life right. I'm asking you to pls spare my life and give me a chance to prove to you, my self and everyone that thinks I'm just a failure. that I'm going to change and be a better person and father. I'm so certain that I'm done being in the streets that I'm willing to sign for life on parole! I know I'm not gonna mess up again. I just beg you to please give me a chance. if I mess up you can give me the highest amount of time allowed by law. thank you for your time and thanks for taking time to read my letter.

Sincerly
William Coit

William Coit 69947-066
FdC Phila)
Po. Box 562
Phila. pa 19105

Honorable Nitza I. Quiñones - Alejandro
8613 U.S. Courthouse
Courtroom 8-B 8th floor
601 Market St
Philadelphia Pa 19106

19106-174063

PHILADELPHIA PA 190
21 DEC 2020 PM 8 L